

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG - 4 2006
By_____ Deputy

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

TONI LATRELLA WHITLOCK                                    PLAINTIFF

VERSUS                          CIVIL ACTION NO. 1:05cv247LTS-JMR

KERRY FOUNTAIN; DARYL
KOSTUROCK BILOXI POLICE DEPARTMENT;
Bruce Dunagan, Individually, and in his
Official Capacity as Chief of Police for the
Biloxi Police Department                                  DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS MATTER having come on to be heard on the joint motion of all parties for the dismissal of this matter, and the Court having been informed that Plaintiff wishes to voluntarily dismiss this cause, it is hereby,

ORDERED AND ADJUDGED this case is dismissed in its entirety, with prejudice with each party bearing its own respective costs.

SO ORDERED, this 3rd day of August, 2006.

_____
U. S. DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

_____
F. DOUGLAS MONTAGUE, III, ESQ.
Montague, Pittman & Varnado
525 Main Street
P.O. Drawer 1975
Hattiesburg, MS 39403-1975
*Attorneys for Plaintiff, Toni Latrella Whitlock*

_[signature]_

RONALD G. PERESICH, MSB #4113
GINA BARDWELL TOMPKINS, MSB # 8429
Page, Mannino, Peresich & McDermott, PLLC
Post Office Drawer 289
Biloxi, MS 39533
*Attorneys for Defendants, Kerry Fountain Daryl Kosturock
Bruce Dunagan, Individually and in his Capacity as Chief
of Police for Biloxi Police Department, and City of Biloxi*